# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VAN R.,[1] | Case No. EDCV 23-0637-RAO |
| Plaintiff, | |
| v. | **JUDGMENT** |
| MARTIN J. O'MALLEY,[2] Commissioner of Social Security, Defendant. | |

In accordance with the Memorandum Opinion and Order filed concurrently herewith,

IT IS ORDERED AND ADJUDGED that the decision of the Commissioner of Social Security is reversed, and the matter is remanded to the Commissioner for further proceedings consistent with the Memorandum Opinion and Order.

DATED: February 29, 2024

/s/
ROZELLA A. OLIVER
UNITED STATES MAGISTRATE JUDGE

---

[1] Partially redacted in compliance with Federal Rule of Civil Procedure 5.2(c)(2)(B) and the recommendation of the Committee on Court Administration and Case Management of the Judicial Conference of the United States.

[2] Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Martin J. O'Malley, the Commissioner of Social Security, is hereby substituted as the defendant.