Francesco Benavides, CSBN 258924
Law Offices of Francesco Benavides
  1990 N. California Blvd.  Suite 20
  Walnut Creek, CA 94596
  Tel: (925) 222-7071
  Fax: (925) 522-5306
  Email: francesco@benavidesdisabilitylaw.com

Attorney for Plaintiff
VAN ROSHELL

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| VAN ROSHELL,<br><br>        Plaintiff,<br><br>        v.<br><br>MARTIN J. O'MALLEY,<br>Commissioner of Social Security,<br><br>        Defendant. | Case No. EDCV 5:23-cv-00637-RAO<br><br>[~~PROPOSED~~] ORDER FOR THE AWARD AND PAYMENT OF ATTORNEY FEES AND EXPENSES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees and Expenses, **IT IS ORDERED** that fees and expenses in the amount of $7,000.00 as authorized by 28 U.S.C. § 2412 be awarded subject to the terms of the Stipulation.

DATE:  03/20/2024          _Rozella a. Oliver_

HON. ROZELLA A. OLIVER
UNITED STATES MAGISTRATE JUDGE